

# ANNIE REBECCA ELLIOTT

## DISTRICT CLERK

| **MAILING** | **PHYSICAL** |
|---|---|
| 301 Jackson Street | 1422 Eugene Heimann Circle |
| Richmond, Texas 77469 | Richmond, Texas 77469 |
| Telephone: (281) 341-4502 | Facsimile: (281) 341-4519 |

http://www.fortbendcountytx.gov
Departments – District Clerk

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 9:09:58 AM
CHRISTOPHER A. PRINE
Clerk

**June 10, 2015**

To:  The Clerk of the Court of Appeals for the **Fourteenth Court Of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No:  **15-DCV-222803**          From the **400th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Maggie Perez-Jaramillo**          Court Reporter: **Karen Rothman**

| Appellant(s):<br><br>**Uwakwe C. Oko and Victoria I Oko** | **VS** | Appellee(s):<br><br>**Tony Ali, Everbank and Junior Properties LLC** |
|---|---|---|

| *Attorney for Appellant(s)* | *Attorney For Appellee(s)* | *Attorney For Appellee(s)* |
|---|---|---|
| **Uwakwe C. Oko and Victoria I Oko** | **Keval Patel** | **Nathan Joseph Milliron** |
| Pro Se SBN: | SBN: 24052895 | SBN: 24030984 |
| 2422 Hawthorne Brook Lane<br>Fresno TX  77545 | Law Office Of Keval Patel<br>19855 Southwest Freeway, Suite 330<br>Sugar Land TX  77478 | Hughes Watters Askanase LLP<br>Three Allen Center<br>333 Clay St 29th Floor<br>Houston TX  77002 |
| Telephone: ;  832- 882-1777 | Telephone: 281-313-5300 | Telephone: 713-759-0818 |
| Facsimile: | Facsimile:  281-677-4197 | Facsimile:  713-759-6834 |
| E-mail: | E-mail: kpatel@patel-law.com | E-mail: |
| Attorney for:  Uwakwe C. Oko and Victoria L Oko Appellants | Attorney For:  Tony Ali and Junior Properties Counsel Appellees | Attorney for:  Everbank |

| Date of Judgment/Appealable Order**: June 4, 2015** | Nature of Action:  **Contract - Other Contract** |
|---|---|
| Disposition of Case:  Pending | Jury Trial:  **No** |
| Notice of **Interlocutory** Appeal Filed On:  **June 5, 2015** | |

Signed, on **this the 10th day of June, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By:     /s/ Petra Lozano
      Deputy District Clerk Petra Lozano
      Telephone: (281) 341-4502

Electronically Filed with the Fourteenth Court Of Appeals

cc:      Uwakwe C. Oko and Victoria I Oko, Pro Se
      Keval Patel, Attorney at Law
      Nathan Joseph Milliron, Attorney at Law
      Karen Rothman, Court Reporter

15-DCV-222803
NOAP
Notice of Appeal
3614561



## CAUSE NO. 15-DCV-222 803

| | | |
|---|---|---|
| UWAKWE C. OKO & VICTORIA I. OKO,<br>**Plaintiffs** | §<br>§<br>§<br>§ | IN THE DISTRCT COURT<br><br>400TH JUDICIAL DISTRICT |

UWAKWE C. OKO & VICTORIA I. OKO, §  IN THE DISTRCT COURT
OKO, §
**Plaintiffs** §  400TH JUDICIAL DISTRICT
§
**Vs.** §
§
§  OF FORT BEND COUNTY, TEXAS
TONY ALI, JUNIOR PROPERTIES §
LLC, & EVERBANK
**Defendant.**

### NOTICE OF INTERLOCUTORY APPEAL

**NOW COMES** Plaintiffs, Uwakwe C, Oko and Victoria I. Oko, (herein after referred as "Plaintiffs") in the above-entitled and numbered cause files this their Interlocutory Appeal of of the Court's Order of June 4th, 2015, DENYING Plaintiffs' Temporary Restraining Order, Temporary Injunction, and Permanent Injunction:

### PROCEDURAL HISTORY

1. Plaintiffs, Uwakwe C. Oko and Victoria I. Oko, sued Defendants, Everbank, Junior Properties LLC, ad Tony Ali for wrongfully foreclosing, and foreclosure Sale of Plaintiffs' property located at 2422 Hawthorne Brook Lane, Fresno, Texas 77545, WITHOUT GIVING PROPER NOTICE TO PLAINTIFFS.

2. Defendants filed answers, and entered Appearances.

3. On April 20, 2015, the Court granted and Signed the first TRO for Plaintiffs. A copy of the said TRO is herein incorporated and hereto attached as Exhibit 1.

4. On May 13, 2015, the Court granted and Signed the second TRO for Plaintiffs. A copy of the said second TRO is herein incorporated and hereto attached as Exhibit 2.

5. On May 26, 2015, the Court granted and Signed the third TRO for Plaintiffs. A copy of the said third TRO is herein incorporated and hereto attached as Exhibit 3.

ROUTED TO COURT  JUN 1 0 2015
Date:_____
RT'D TO D. CLERK

6. On June 4th, 2015, the Court signed an ORDER DENYING Plaintiffs' Temporary Restraining Order, Temporary Injunction, and Permanent Injunction. A copy of the Court's June 4th, 2015, Order is herein incorporated and hereto attached as exhibit 4.

## ARGUMENT

7. The District Court erred in Denying Plaintiffs' Temporary Restraining Order, Temporary Injunction, and Permanent Injunction.

## PRAYER & CONCLUSION

For these reasons, Plaintiffs, Uwakwe C. Oko and Victoria I. Oko, files this their Interlocutory Appeal of the Court's Order of June 4th, 2015, DENYING Plaintiffs' Temporary Restraining Order, Temporary Injunction, and Permanent Injunction:

Respectfully submitted,

By: _____
UWAKWE C. OKO
VICTORIA I. OKO
2422 HAWTHORNE BROOK LANE
FRESNO, TEXAS 77545
Tel: (832) 882-1777
PRO SE

## CERTIFICATE OF SERVICE

On the 5th day of June, 2015, the above and foregoing document was served on all parties pursuant to the rules.

_____
Uwakwe C. Oko & Victoria Oko

FILED

2015 JUN -5 PM 3: 02

CLERK DISTRICT COURT
FORT BEND CO. TX



CAUSE NO.: 15 - DCV-222803

| | | |
|---|---|---|
| UWAKWE C. OKO | § | IN THE DISTRICT COURT |
| VICTORIA I. OKO | § | |
| (Plaintiffs) | § | 400 |
| | § | _____ JUDICIAL DISTRICT |
| V. | § | |
| | § | |
| TONY ALI | § | OF FORT BEND COUNTY, TEXAS |
| Defendant | § | |

## TEMPORARY RESTRAINING ORDER

On ~~April 20~~, 2015 the Application for a Temporary Restraining Order of Uwakwe C. Oko, and Victoria I. Oko, Plaintiffs herein, was heard before this court.

Based upon the pleadings, records, documents filed by ~~counsel, and the arguments of~~ *Plaintiffs* ~~counsel at the hearing,~~ IT CLEARLY APPEARS:

A. Plaintiffs are likely to succeed on the merits of this lawsuit because they are the rightful owner of the said house. Defendant wrongly foreclosed on the plaintiffs' said property. Defendant failed to provide any notice to the plaintiffs. Specifically, defendant failed to provide any notice to the plaintiff with respect to forced sale of plaintiff's said house.

B. Plaintiff will suffer irreparable harm if Tony Ali, and/or his agents are restrained immediately and ordered as follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Tony Ali, Defendant herein, and all of Defendant's officers, agents, servants, employees, agents, servants, successors and assigns, and attorneys are ORDERED to immediately CEASE and DESIST from entering plaintiffs' property located at 2422 Hawthorne Brook, Fresno, Texas 77545. Defendant is Restrained from attempting to evict plaintiffs from the said property, from selling plaintiffs' said property, from exercising ownership of claim on the said property or to file any instrument in any jurisdiction, court of law, clerk's office in the Fort Bend County of Texas or any other county

EXH. 1

and/or with any office or governmental agency in the State of Texas or in the United States Court.
House or any federal agency of the U.S. Government that will constitute entry and/or ownership
of the defendants(s) on the said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs'
Application for Temporary Injunction be heard on ___May 04, 2015___ at _1:30_ PM in the ___400th District Court___
Defendant Tony Ali is commanded to appear at that time and show cause, if any exist, why a
temporary injunction should not be issued against said Defendant.

The clerk of the above-entitled court shall issue a temporary restraining order in conformity
with the law and the terms of this order upon the filing by Plaintiff of the bond hereinafter set.

This order shall not be effective until Plaintiff deposits with the Clerk, a cash/ surety bond
in the amount of $_200.00_____ in conformity with the law.

SIGNED and ENTERED on _04/20/15_ at _8:55_ A.M.

_____
PRESIDING JUDGE

FILED

2015 APR 17 PM 3: 55

_____
CLERK DISTRICT COURT
FORT BEND CO. TX

15-DCV-222803
TRO
Temporary Restraining Order
3572225



## CAUSE NO.: 15-DCV-222 803

| | | |
|---|---|---|
| UWAKWE C. OKO | § | IN THE DISTRICT COURT |
| VICTORIA I. OKO | § | |
| (Plaintiffs) | § | |
| | § | 400TH JUDICIAL DISTRICT |
| V. | § | |
| | § | |
| TONY ALI | § | OF FORT BEND COUNTY, TEXAS |
| JUNIOR PROPERTIES LLC | | |
| EVERBANK | | |
| Defendant | | |

## TEMPORARY RESTRAINING ORDER

On ___May 13, 2015___, 2015, the Plaintiffs' Amended Application for a

Temporary Restraining Order of Uwakwe C. Oko, and Victoria I. Oko, Plaintiffs herein, was heard

before this court.

Based upon the pleadings, records, documents filed by Plaintiffs, IT CLEARLY APPEARS:

A.      Plaintiffs are likely to succeed on the merits of this lawsuit because they are

the rightful owners of the property located at 2422 HAWTHORNE BROOK

LANE, FRESNO, TEXAS 77545. Defendants wrongful foreclosed on

Plaintiffs' said property. Specifically, Defendants failed to provide proper

notice to Plaintiffs with respect to forced sale of plaintiffs' property;

B.      Plaintiff will suffer irreparable harm if Tony Ali, Junior Properties LLC,

and/or their agents, and/or lawyers not restrained immediately and ordered as

follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that EVERBANK,,

Tony Ali, Junior Properties LLC, and/Defendants' officers, agents, servants,

employees, successors, assigns, or attorneys are ORDERED to immediately



EXH. 2

CEASE and DESIST from entering Plaintiffs' property located at 2422 HAWTHORNE BROOK LANE, FRESNO, TEXAS 77545; they are furthered Restrained from attempting to evict plaintiffs from the said property, from selling plaintiffs' said property, from exercising ownership/claim on the said property or to file any instrument in any way jurisdiction, court of law, clerk's office, in the Fort Bend county, Texas, or any other county and/or with any office or governmental agency in the State of Texas or in the United states Court, House or any Federal agency of the U. S. Government that will constitute entry and/or ownership of the Defendants on the said property.

IT IS ORDERED that Plaintiffs' Application for Temporary Injunction be heard on _May 26_ ~~04~~, 2015, at 1:30 p.m., in the 400th District Court. Defendants, Tony Ali, and Junior Property LLC, are commanded to appear at that time and show cause, if any exist, why a Temporary Injunction should not be issued against Defendants.

The clerk of the above-entitled court shall issue a temporary restraining order in conformity with the law and the terms of this order upon the filing by Plaintiff of the bond hereinafter set.

This order shall be effective since Plaintiffs have deposited with the Clerk, a cash/ surety bond in the amount of $200.00 in conformity with the law.

SIGNED and ENTERED on _May 13, 2015_ at _11:15_ A.M.

_____
PRESIDING JUDGE

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the Instrument herein set out as appears of record in the District Court of Fort Bend County, Texas.
This _14_ day of _May_ 20 _14_

ANNIE REBECCA ELLIOTT, DISTRICT CLERK

By _____ Deputy
GRACE G. GARCIA

FILED

2015 MAY 11 PM 4:43

_____
CLERK DISTRICT COURT
FORT BEND CO. TX

15-DCV-222803
TRO
Temporary Restraining Order
3590185

CAUSE NO.: 15-DCV-222 803

| | | |
|---|---|---|
| UWAKWE C. OKO | § | IN THE DISTRICT COURT |
| VICTORIA I. OKO | § | |
| (Plaintiffs) | § | |
| | § | 400TH JUDICIAL DISTRICT |
| V. | § | |
| | § | |
| | § | |
| TONY ALI | § | OF FORT BEND COUNTY, TEXAS |
| JUNIOR PROPERTIES LLC | | |
| EVERBANK | | |
| Defendant | | |

## TEMPORARY RESTRAINING ORDER

On _____May 26_____, 2015, the Plaintiffs' Amended Application for a

Temporary Restraining Order of Uwakwe C. Oko, and Victoria I. Oko, Plaintiffs herein, was heard

before this court.

Based upon the pleadings, records, documents filed by Plaintiffs, IT CLEARLY APPEARS:

A.      Plaintiffs are likely to succeed on the merits of this lawsuit because they are

the rightful owners of the property located at 2422 HAWTHORNE BROOK

LANE, FRESNO, TEXAS 77545. Defendants wrongful foreclosed on

Plaintiffs' said property. Specifically, Defendants failed to provide proper

notice to Plaintiffs with respect to forced sale of plaintiffs' property;

B.      Plaintiff will suffer irreparable harm if Tony Ali, Junior Properties LLC,

and/or their agents, and/or lawyers not restrained immediately and ordered as

follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that EVERBANK,,

Tony Ali, Junior Properties LLC, and/Defendants' officers, agents, servants,

employees, successors, assigns, or attorneys are ORDERED to immediately

EXH. 3

CEASE and DESIST from entering Plaintiffs' property located at 2422 HAWTHORNE BROOK LANE, FRESNO, TEXAS 77545; they are furthered Restrained from attempting to evict plaintiffs from the said property, from selling plaintiffs' said property, from exercising ownership/claim on the said property or to file any instrument in any way jurisdiction, court of law, clerk's office, in the Fort Bend county, Texas, or any other county and/or with any office or governmental agency in the State of Texas or in the United states Court, House or any Federal agency of the U. S. Government that will constitute entry and/or ownership of the Defendants on the said property.

IT IS ORDERED that Plaintiffs' Application for Temporary Injunction be heard on _Wed nes day, June 03_ ~~04~~, 2015, at 4:30 p.m., in the 400th District Court. Defendants, Tony Ali, and Junior Property LLC, are commanded to appear at that time and show cause, if any exist, why a Temporary Injunction should not be issued against Defendants.

The clerk of the above-entitled court shall issue a temporary restraining order in conformity with the law and the terms of this order upon the filing by Plaintiff of the bond hereinafter set.

This order shall be effective since Plaintiffs have deposited with the Clerk, a cash/ surety bond in the amount of $200.00 in conformity with the law.

SIGNED and ENTERED on _May 26 2015_ at _2:30_ P.M.

_____
PRESIDING JUDGE

FILED

MAY 26 2015
AT_____2:30 P____M.
_____
Clerk District Court, Fort Bend Co., TX

ORDER
Order
3607582



Filed
6/3/2015 4:07:31 PM
Annie Rebecca Elliott
District Clerk
Fort Bend County, Texas
Ashley Alaniz

## NO. 15-DCV-222803

| | | |
|---|---|---|
| UWAKWE C. OKO | § | IN THE DISTRICT OF |
| VICTORIA I. OKO | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| TONY ALI | § | |
| *Defendant* | § | 400TH JUDICIAL DISTRICT |

## ORDER

BE IT REMEMBERED that on this day came on for consideration Plaintiff Uwakwe C. Oko and Victoria I. Oko's Motion for a Temporary Restraining Order, Temporary Injunction, Permanent Injunction. The Court, after reviewing the Motion, the responses and applicable law is of the opinion that the Motion for a Temporary Restraining Order, Temporary Injunction and Permanent Injunction is DENIED.

IT IS ORDERED that the Motion for a Temporary Restraining Order, Temporary Injunction and Permanent Injunction is DENIED.

is HEREBY IN ALL THINGS DENIED.

IT IS SO ORDERED

SIGNED AND ENTERED this _O4_ day of _June_, 2015.

_____
PRESIDING JUDGE

EXH. 4